JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHAD WHITTINGTON,                  ) Case No. CV 23-5537-JPR
                                   )
              Petitioner,          )
                                   )        **J U D G M E N T**
         v.                        )
                                   )
JASON BLACK, Warden,               )
                                   )
              Respondent.          )
_____)

    Pursuant to the Memorandum Decision and Order Granting Respondent's Motion to Dismiss, Denying Petitioner's Motion for Appointment of Counsel, Denying Habeas Petition, and Dismissing Action,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: <u>July 10, 2024</u>

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE